IT IS SO ORDERED.

Dated: July 22, 2005



1  Irving L. Berg (SBN 36273)
   THE BERG LAW GROUP
2  433 Town Center, No. 493
   Corte Madera, California 94925
3  (415) 924-0742
   (415) 891-8208 (Fax)
4
   ATTORNEY FOR PLAINTIFF
5

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CARMENCITA HIPOLITO, an individual on behalf of herself and all others similarly situated,<br><br>              Plaintiff,<br>v.<br><br>NATIONAL ENTERPRISE SYSTEMS, INC., aka, NES, fka WINDHAM PROFESSIONALS OF OHIO, ERNEST POLLACK, an individual,<br><br>              Defendants.<br>_____/ | Case No.: 05- 01003 MMC<br><br>**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

IT IS HEREBY STIPULATED by and between Plaintiff Carmencita Hipolito and Defendants, NATIONAL ENTERPRISE SYSTEMS, INC., aka, NES, fka WINDHAM PROFESSIONALS OF OHIO, ERNEST POLLACK, an individual (collectively, "Defendants"), that the parties have reached a settlement in this action and that the action against Defendants, and each of them, shall be dismissed with prejudice.  The putative class claims shall be dismissed without prejudice.

Dated: 7/18/05                           /s/ Irving L.  Berg
                                         Irving L. Berg
                                         THE BERG LAW GROUP
                                         ATTORNEY FOR PLAINTIFF


Dated: 7/18/05                           /s/Jeanine K.  Clasen
                                         Jeanine  K. Clasen
                                         MURPHY, PEARSON BRADLEY & FEENEY
                                         ATTORNEYS FOR DEFENDANTS

CASE N STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(i)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE           1           CASE NO;  : C 01003 MMC